# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 12 | **DATE** | 4/10/2008 |
| **CASE TITLE** | United States of America vs. Lance Olden | | |

**DOCKET ENTRY TEXT**

At the request of Pretrial Services, the Court modifies the conditions of release to remove the requirement for the defendant to undergo medical or psychiatric treatment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|