# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 12 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. Lance Olden | | |

**DOCKET ENTRY TEXT**

Enter Order pursuant to the status hearing on 7/30/2008. Counsel for defendant is authorized to have Viking Printing and Copying make one copy of the discovery documents provided by the government, and then recopy portions of the discovery at the request of counsel for individual defendants.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|