IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | No. 07 CR 843-12 |
| vs. | ) | |
| | ) | Judge Joan H. Lefkow |
| RONDELL FREEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter coming to be heard on the oral motion of all defendants for authorization to make a complete set of copies of the discovery documents produced by the government in this case, and the Court being advised in the premises,

IT IS HEREBY ORDERED pursuant to the Criminal Justice Act that counsel for defendant Lance Olden (defendant #12) is authorized to have Viking Printing and Copying make one copy of the discovery documents provided by the government in this case, which presently consists of approximately 15,400 pages, with Viking Printing being authorized to charge $.07 per page (approximately $1078) plus $40 per hour, not to exceed eight hours, to make one complete set. Viking may then recopy portions of the discovery at the request of counsel for individual defendants at normal copy rates.

ENTER:

Date: AUG 0 4 2008

District Judge