IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CR 843-12 |
| vs. | ) | |
| | ) | Judge Joan H. Lefkow |
| LANCE OLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OLDEN'S MOTION FOR SANTIAGO STATEMENT**

NOW COMES defendant Lance Olden, by his attorney John M. Beal, and respectfully moves this Court for an order pursuant to *United States v. Santiago*, 582 F.2d 1128 (7th Cir. 1978), requiring the government to make a proffer three weeks before trial of evidence supporting the existence of a conspiracy and of defendant Olden's membership therein, and of any declarations of any alleged co-conspirators or co-defendants that it intends to offer at trial.

Defendant Olden further moves this Court to make a pretrial determination of the admissibility of any statements made by the defendant's alleged coconspirators pursuant to Rules 104(a) and 801(d)(2)(E) of the Federal Rules of Evidence.

Respectfully submitted,

__S/ John M. Beal_____
Attorney for Defendant

JOHN M. BEAL
Attorney at Law
53 W. Jackson Blvd. - Suite 1108
Chicago, IL 60604
(312) 408-2766

## CERTIFICATE OF SERVICE

    I, John M. Beal, attorney, certify that I caused a copy of the above **DEFENDANT OLDEN'S MOTION FOR SANTIAGO STATEMENT** to be served on August 20, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    Executed on August 20, 2008

    _S/ John M. Beal_____
    John M. Beal