IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CR 843-12 |
| vs. | ) | |
| | ) | Judge Joan H. Lefkow |
| LANCE OLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S REQUEST FOR
NOTICE OF OTHER CRIMES, WRONGS, OR ACTS**

NOW COMES the defendant Lance Olden, by his attorney John M. Beal, pursuant to Fed. R. Evid. P. 404(b), and hereby requests that the prosecution provide notice three weeks in advance of trial of any and all evidence of other crimes, wrongs, or acts that it intends to use or is considering using as evidence in this case.

Respectfully submitted,

__S/ John M. Beal_____
Attorney for Defendant

John M. Beal
Attorney at Law
53 W. Jackson Blvd., #1108
Chicago, IL 60604
(312) 408-2766

## CERTIFICATE OF SERVICE

    I, John M. Beal, attorney, certify that I caused a copy of the above **DEFENDANT'S REQUEST FOR NOTICE OF OTHER CRIMES, WRONGS, OR ACTS** to be served on August 20, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                    Executed on August 20, 2008

                                    _S/ John M. Beal_____
                                       John M. Beal