IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CR 843-12 |
| vs. | ) | |
| | ) | Judge Joan H. Lefkow |
| LANCE OLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OLDEN'S MOTION TO ADOPT**

NOW COMES defendant Lance Olden, by his attorney John M. Beal, and respectfully moves this Court to adopt the pretrial motions of other defendants in this case, generally, and, specially, to adopt the motion of defendant Adam Sanders that is entitled "Defendant Adam Sanders' Motion For Preservation Of Rough Notes, Memoranda And/or Reports."

Respectfully submitted,

__S/ John M. Beal_____
Attorney for Defendant

JOHN M. BEAL
Attorney at Law
53 W. Jackson Blvd. - Suite 1108
Chicago, IL 60604
(312) 408-2766

**CERTIFICATE OF SERVICE**

I, John M. Beal, attorney, certify that I caused a copy of the above **DEFENDANT OLDEN'S MOTION TO ADOPT** to be served on August 20, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Executed on August 20, 2008

__S/ John M. Beal_____
John M. Beal