IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CR 843-12 |
| vs. | ) | |
| | ) | Judge Joan H. Lefkow |
| LANCE OLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OLDEN'S SUPPLEMENTAL MOTION TO COPY DOCUMENTS**

NOW COMES defendant Lance Olden, by his attorney John M. Beal, and respectfully moves this Court for a supplemental order authorizing the copying of discovery documents. The Court previously authorized the printing by Viking Printing & Copying of one set of the written discovery in this case for all defendants, consisting of some 15,400 pages, at a cost of $.07 per page and $40 per hour, not to exceed eight hours. The copying has been completed. However, once the copying began, Viking found that it took considerably more time than anticipated, due to technical considerations. They were able to copy approximately 500 pages per hour from the discovery discs that had been provided by the government. Consequently, counsel is now seeking a supplemental order authorizing the copying of the same 15,400 pages at $.07 per page and $40 per hour, but with an hourly total not exceeding 40 hours. A draft

order will be submitted with this motion.

                                          Respectfully submitted,

                                          __S/ John M. Beal_____
                                          Attorney for Defendant Olden

JOHN M. BEAL
Attorney at Law
53 W. Jackson Blvd. - Suite 1108
Chicago, IL 60604
(312) 408-2766

## CERTIFICATE OF SERVICE

      I, John M. Beal, attorney, certify that I caused a copy of the above **DEFENDANT OLDEN'S SUPPLEMENTAL MOTION TO COPY DOCUMENTS** to be served on September 12, 2008, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                          Executed on September 12, 2008

                                          __S/ John M. Beal_____
                                              John M. Beal